UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETEILUS GREENE,

    Petitioner,

v.                                    Case No. 04-73926

PAUL RENICO,

    Respondent.
                                        /

## JUDGMENT

In accordance with the court's June 28, 2012, "Opinion and Order Denying Petition for a Writ of Habeas Corpus and Denying a Certificate of Appealability,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Paul Renico and against Petitioner Demeteilus Greene. Dated at Detroit, Michigan, this 28th day of June, 2012.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

                                        BY: s/Lisa Wagner
                                              Lisa Wagner, Deputy Clerk
                                              and Case Manager to
                                              Judge Robert H. Cleland